IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY THOMAS | 2:23-cr-00160-CCW-1 |

**MINUTE ENTRY**
**FEBRUARY 5, 2024 CHANGE OF PLEA/SENTENCING HEARING**
Before Judge Christy Criswell Wiegand

| Appearing for United States: | Appearing for Defendant: |
|---|---|
| Gregory C. Melucci, AUSA | Sarah E. Levin, AFPD |

Appearing for the U.S. Probation Office:
Stacy Miller, Supervising P.O.

| | | | |
|---|---|---|---|
| Hearing Began: | 10:58 AM | Adjourned to: | Not Applicable |
| | | Stenographer: | Veronica Trettel |
| Hearing Ended: | 12:04 PM | Law Clerk: | Kathryn Adamson |
| | | Deputy Clerk: | Brian Wright |

**SUMMARY OF PROCEEDINGS:**

The Court held a plea and sentencing hearing in the above-referenced case.

Defendant pleaded guilty to Count 1 of the Indictment.

Defendant exercised his right of allocution.

Sentence of 2 years' probation; $2,500.00 fine; $9,800.00 restitution and $25 special assessment. Judgment order to follow.


cc (via ECF email notification):

All Counsel of Record